Jason Hall
Name
491 E. Ridge Drive
Eagle, ID 83616
Address
208-356-6227
Tel.

U.S. COURTS

DEC 05 2019

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

, Jason Hall

Plaintiff,

vs. Teddy King
, Connie King

Defendant.

Case No. 1:19-CV-478

**COMPLAINT**
**(28 U.S.C. § 1332: Diversity of Citizenship)**

Jury Trial Requested  X  yes  ___no

## 1. JURISDICTION

Jurisdiction in this case is based on diversity of citizenship, meaning both of these statements are true:

☒ This civil action is between citizens of different states (no defendant is a citizen of the state of which I am a citizen).

☒ The amount in controversy (the amount I believe the defendant owes me) is more than $75,000, not including interest and costs.

## 2. PLAINTIFF

My name is Jason Hall. I am a citizen of the State of Idaho, presently residing at 491 E. Ridge Drive, Eagle, ID 83616

## 3. DEFENDANT AND CAUSE OF ACTION
*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

A. I am suing **Connie King** *(a person or entity)*, a citizen of the State of **Texas**.

B. (Factual Basis of Claim) I am complaining that on **March 2019** *(dates)*, Defendant did the following *(state how Defendant participated in the wrongful act and include the reason Defendant so acted if known)*:

Defendant willfully and knowingly concealed the physical condition of a valuable racehorse, thereby depriving plaintiff's ability to intervene and obtain medical assistance. As a direct result, said horse died just days later.

C. (Legal Basis of Claim) I allege that the acts described above violated the following provisions of state law:

Tort laws (Property Damage)

D. I allege that I suffered the following injury or damages as a result:

$200,000

E. I seek the following relief: Compensation for loss of value and veterinary expenses

## 3. DEFENDANT AND CAUSE OF ACTION
*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

A. I am suing **Teddy King** *(a person or entity)*, a citizen of the State of **Texas**.

B. (Factual Basis of Claim) I am complaining that on **March 2019** *(dates)*, Defendant did the following *(state how Defendant participated in the wrongful act and include the reason Defendant so acted if known)*:

Defendant willfully and knowingly concealed the physical condition of a valuable racehorse thereby depriving plaintiff's ability to intervene and obtain medical assistance. As a direct result, said horse died just days later.

C. (Legal Basis of Claim) I allege that the acts described above violated the following provisions of state law: **Tort laws (Property Damage)**

D. I allege that I suffered the following injury or damages as a result: **$200,000**

E. I seek the following relief: **Compensation for loss of value and veterinary expenses**

## 4. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct, as required by 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at <u>U.S. Dist. Ct. (Boise)</u> on <u>12-5-19</u>.
               (Location)                      (Date)

_____
Plaintiff's Original Signature